IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>BRYSON SMITH,<br><br>      Defendant. | 8:23CR159<br><br>ORDER |

  A telephone status conference was held today. During the conference Defendant made an Unopposed Oral Motion to Continue the Telephone Status Conference to allow him additional time to investigate the matter based on the review of the documents received by the Government. Based on the comments of counsel, the court finds the motion should be granted. Accordingly,

  IT IS ORDERED:

1) Defendant's Unopposed Oral Motion to Continue the Telephone Status Conference is granted.

2) A telephonic status conference with counsel will be held before the undersigned magistrate judge at 10:30 a.m. on May 16, 2024. Conferencing instructions will be provided under a separate order.

3) In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between today's date and on May 16, 2024, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant this motion would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the novelty and complexity of the case. The failure to grant this motion might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).  Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

  Dated this 15th day of April, 2024.

                        BY THE COURT:

                        s/ Michael D. Nelson
                        United States Magistrate Judge